C. A. 76-259. STATE *v.* ANTHONY J. MANFREDI. Motion of defendant for an expedited hearing is denied. The defendant's motion for release pending appeal is denied. Office of the Attorney General, *Julius C. Michaelson*, Atty. Gen., *Judith Romney Wegner*, Spec. Asst. Atty. Gen., for plaintiff. Office of the

Public Defender, *William Reilly*, Public Defender, *B. Cerilli, Jr.*, Asst. Public Defender, *Barbara Hurst*, Asst. Public Defender, for defendant.